# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JOHN McBRIDE, | CASE NO. 1:10-cv–02229-BAM PC |
| Plaintiff, | ORDER PERMITTING PLAINTIFF OPPORTUNITY TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION IN LIGHT OF SEPARATELY-ISSUED MOTION TO DISMISS NOTICE |
| v. | |
| S. LOPEZ, et al., | |
| Defendants. | (ECF No. 19) |
| | THIRTY-DAY DEADLINE |

Plaintiff James John McBride is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants S. Lopez, Ruggles, Perez, D. Lopez, Koch, and Athey for violation of the Eighth Amendment.

On May 14, 2012, Defendants filed a motion to dismiss for failure to exhaust administrative remedies. Plaintiff filed an opposition on June 7, 2012.

In light of the recent decision in Woods v. Carey, Nos. 09-15548, 09-16113, 2012 WL 2626912, at *5 (9th Cir. Jul. 6, 2012), Plaintiff must be provided with "fair notice" of the requirements for opposing a motion to dismiss for failure to exhaust at the time the motion is brought and the notice given in this case some two months prior does not suffice. Id.

By separate order issued concurrently with this order, the Court provided the requisite notice. The Court will not consider multiple oppositions, however, and Plaintiff has two options upon receipt of the notice and this order. Plaintiff may either (1) stand on his previously-filed opposition or (2) withdraw it and file an amended opposition.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff may, within **thirty (30) days** from the date of service of this order, withdraw his opposition and file an amended opposition;

2. If Plaintiff does not file an amended opposition in response to this order, his existing opposition will be considered in resolving Defendants' motion to dismiss for failure to exhaust; and

3. If Plaintiff elects to file an amended opposition, Defendants' may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

**Dated:   July 12, 2012**                    /s/ **Barbara A. McAuliffe**
                                                              UNITED STATES MAGISTRATE JUDGE